Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation      :
-----------------------------------------------------x
*This Document Relates to:*                  :        1:06-md-1789 (JFK)
Jessie E. Cook and                                :
Thomas L. Cook                                   :
v. Merck & Co., Inc.                              :
                                                         :
Case No: 1:08-cv-03857-JFK              :        **Rule 7.1 Statement**
-----------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       May 22, 2008

                            Respectfully submitted,

                            HUGHES HUBBARD & REED LLP

                            By: /s/_____
                               Norman C. Kleinberg
                               Theodore V. H. Mayer
                               William J. Beausoleil

                            One Battery Park Plaza
                            New York, New York 10004-1482
                            (212) 837-6000
                            beausole@hugheshubbard.com
                            kleinber@hugheshubbard.com
                            mayer@hugheshubbard.com
                            *Attorneys for Defendant Merck & Co., Inc.*